UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA )
 )  NO. 3:19-CR-146
v. )
 )  JUDGES Varlan / Poplin
JALEEN G. ALLEN, a/k/a "Jay Skoop," )
███████████████████████████ )
KATARINA S. CARINCI, a/k/a "Red," )
ALEXIS V. GODWIN, a/k/a "Lexy," )
███████████████████ )
CHRISTOPHER O. WALKER; and )
SAMUEL P. HAMMOND )

## INDICTMENT

### COUNT ONE

The Grand Jury charges that, from on or about May 1, 2017, through on or about May 25, 2018, within the Eastern District of Tennessee and elsewhere, the defendants, JALEEN G. ALLEN, a/k/a "Jay Skoop," ███████████ █████████████ KATARINA S. CARINCI, a/k/a "Red," ALEXIS V. GODWIN, a/k/a "Lexy," ██████████ ██████ CHRISTOPHER O. WALKER, and SAMUEL P. HAMMOND, did combine, conspire, confederate, and agree with at least one other person to knowingly, intentionally and without authority, distribute and possess with intent to distribute four hundred (400) grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, and one hundred (100) grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A), and 841(b)(1)(B).

## COUNT TWO

The Grand Jury further charges that, on or about August 29, 2017, in the Eastern District of Tennessee, the defendant, JALEEN G. ALLEN, a/k/a "Jay Skoop," did knowingly, intentionally and without authority distribute a quantity of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## NOTICE OF ENHANCED PENALTY UNDER TITLE 21 U.S.C. §841(b)(1)(C)

**(Death Resulting from Use of Controlled Substances)**

The allegations contained in Count Two of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

On or about August 29, 2017, in the Eastern District of Tennessee, a person whose identity is known to the Grand Jury (H.B.S.), did fatally ingest and overdose on a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, which had been distributed by the defendant JALEEN G. ALLEN, a/k/a "Jay Skoop," as alleged in Count Two.

As a result of the distribution of controlled substances by defendant JALEEN G. ALLEN, a/k/a "Jay Skoop," death did result from the use of controlled substances, namely a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, in violation of the enhanced penalty provisions of Title 21, United States Code, Section 841(b)(1)(C).

2

## COUNT THREE

The Grand Jury further charges that, on or about August 31, 2017, in the Eastern District of Tennessee, the defendants JALEEN G. ALLEN, a/k/a "Jay Skoop," and KATARINA S. CARINCI, a/k/a "Red," did knowingly, intentionally and without authority distribute a quantity of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

### NOTICE OF ENHANCED PENALTY UNDER TITLE 21 U.S.C. §841(b)(1)(C)

**(Death Resulting from Use of Controlled Substances)**

The allegations contained in Count Three of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

On or about August 31, 2017, in the Eastern District of Tennessee, a person whose identity is known to the Grand Jury (J.S.N.), did fatally ingest and overdose on a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, which had been distributed by the defendants JALEEN G. ALLEN, a/k/a "Jay Skoop," and KATARINA S. CARINCI, a/k/a "Red," as alleged in Count Three.

As a result of the distribution of controlled substances by the defendants JALEEN G. ALLEN, a/k/a "Jay Skoop," and KATARINA S. CARINCI, a/k/a "Red," death did result from the use of controlled substances, namely a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II

controlled substance, in violation of the enhanced penalty provisions of Title 21, United States Code, Section 841(b)(1)(C).

## COUNT FOUR

The Grand Jury further charges that, on or about September 15, 2017, in the Eastern District of Tennessee, the defendant ▬▬▬▬▬▬▬▬▬▬▬▬ did knowingly, intentionally and without authority distribute a quantity of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FIVE

The Grand Jury further charges that, on or about September 18, 2017, in the Eastern District of Tennessee, the defendant KATARINA S. CARINCI, a/k/a "Red," did knowingly, intentionally and without authority distribute a quantity of heroin, a Schedule I controlled substance, and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SIX

The Grand Jury further charges that, on or about September 19, 2017, in the Eastern District of Tennessee, the defendant KATARINA S. CARINCI, a/k/a "Red," did knowingly, intentionally and without authority distribute a quantity of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

4

## COUNT SEVEN

The Grand Jury further charges that, on or about September 27, 2017, in the Eastern District of Tennessee, the defendants ALEXIS V. GODWIN, a/k/a "Lexy," and KATARINA S. CARINCI, a/k/a "Red," did knowingly and intentionally possess with intent to distribute a quantity of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT EIGHT

The Grand Jury further charges that, on or about May 25, 2018, in the Eastern District of Tennessee, the defendant, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

A TRUE BILL:

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
GRAND JURY FOREPERSON

J. DOUGLAS OVERBEY
UNITED STATES ATTORNEY

*B⟋ N.C⟍*
BRENT N. JONES
Assistant United States Attorney